UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN HUNTER,           Plaintiff
   v.                    Case no. 22-3865-(RCA)
CTF                      Civil
WARDEN et al,            Defendants

EMERGENCY SUPPLEMENTAL
CLAIMS

This cause is before the court as an emergency supplement to plaintiff 42 USC 1983 claim.

1. The defendants, namely Health Service Director, major, captions, warden, Health care provider. All have and continue to cause me a great deal of anxiety, stress, depression to the point I have

1 of 3

been on several hunger strikes and have had several suicidal thoughts in the past 21 days, because the defendant have and continue to be deliberately indifferent to my life and safety by placing me in general population opposed to placing me in a medical unit (96) due my medical conditions of a colostomy bag with a prolapsed stoma (intestine of mine to exert bucky decks) All day.

note I do not know the fully name of the staff/officials but they do to

Respectfully Submitted
Steven Hunter
# 266633
CTF 1901 E. St. S.E.
Wash. D.C. 20003

2-07-23

Supplement Claim

2) The prison official continue to deny me adequate medical treatment. As a direct result I continue to suffer from Anxiety, depression, stress, and PSTD which have cause me to continue to have suicidal thoughts. Specifically on about January 13, 2023 Dr. Mitchell of psychology (CDF) told several staff members that despite of my having suicidal thoughts he didn't want to deal with me where I have colostomy bag and mental health issues and I shouldn't be house at CDF and should be housed at CTF.

Note: As part of my prelimary relief I am requesting that the court order the defendant to provide me adequate medical treatment and for my mental health issues and physical medical condition And appropriate house

3/3