UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN HUNTER,                               Plaintiff

v.                                           No. 22-3865 (RC) Civil

CTF et al,                                   Defendants


PLAINTIFF MOTION TO SUPPLEMENT
ADDITIONAL DEFENDANT'S TO
THIS COMPLAINT


COMES now Steven Hunter, pro-se and in good faith, without any knowledge how to correctly add additional defendants to this complaint, hereby to the best of plaintiff knowledge if any here by add the additional defendants to this complaint which are as follows.

RECEIVED
Mail Room
APR 27 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

1/3

Federal Bureau of Prison Medical staff at FCI Bunter, et al, failed to properly diagnois the lesions on plaintiff liver and negligence in treating the lesions on plaintiff liver. And negligence in treating plaintiff for post colon cancer.

ECU Physicans medical staff et al, failed to detect and diagnois the lesions on plaintiff liver and negligence in failing to treat the lesion on plaintiff liver.

Vidant Cancer Center Medical Staff et al, failed to properly diagnois and or to detect the lesions on plaintiff liver and to provide plaintiff treatment for the lesions and adequate post colon cancer treatment.

☐

   Plaintiff would like to note for the record that plaintiff is an incarcerated individual with no access to obtain the names of the individual to be addressed named in this complaint to be such addressed. Specifically where plaintiff is in

2/3

rest of his medical records from each of places in which defendant was medically treated by the said medical staff. Thus plaintiff is requesting that this court issue an order for each of the plaintiff name herein and to the this complaint to provide plaintiff a copy of his entire medical records, from each, the address to each defendant name herein are listed below.

1. ECU Physicans
   517 Moye Dr.
   Greenville NC. 27856

2. Vibent Cancer Center
   524 Moye Dr.
   Greenville NC. 27856

3. Federal Bureau of Prisons
   320 First St. N.E.
   Washington DC. 20001

Respectfully submitted,

Stevens Henry
DCDC266633
1901 E St. SE
Washington D.C. 20003

April 17

3/7