UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEVEN HUNTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No. 1:22-cv-03865 (RC) |
| CTF, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

It is hereby

ORDERED that plaintiff's third motion for preliminary injunction [10], his third [14] and fourth [15] motions to appoint counsel, and motion for discovery [16] are DENIED WITHOUT PREJUDICE; it is further

ORDERED that plaintiff's motion to add defendants [13] is GRANTED; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3), the Clerk of Court shall issue summonses and shall cause service of process to be effected by the United States Marshals Service on the defendants, the Attorney General of the District of Columbia, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

SO ORDERED.

DATE: May 31, 2023

/s/
RUDOLPH CONTRERAS
United States District Judge